**GLASS KRAKOWER LLP**
ATTORNEYS AND COUNSELORS AT LAW
A Limited Liability Partnership
100 CHURCH STREET, 8TH FLOOR
NEW YORK, NY 10007
212-537-6859
FAX NO. 845-510-2219

E-mail: bg@glasskrakower.com

*Bryan D. Glass*
  Partner

January 12, 2018

*Via ECF*
Honorable Denise Cote
United States District Judge
Southern District of New York
500 Peal Street
New York, NY 10007

Re:   Coyne v. New York City Department of Education, et al.
       17 Civ. 8607 (DLC)

Dear Judge Cote:

I am a Partner in the office of Glass Krakower LLP, attorney for the Plaintiff, Edward Coyne in the above-referenced action. I am writing to inform Your Honor that the parties have reached a preliminary resolution in this matter. As such, the parties respectfully request that Your Honor delay taking any action on this matter so as to allow the parties time to finalize the settlement agreement. Thank you for your consideration.

Respectfully submitted,

/s: *Bryan D. Glass*
BRYAN D. GLASS

1