**GLASS KRAKOWER LLP**
ATTORNEYS AND COUNSELORS AT LAW
A Limited Liability Partnership
100 CHURCH STREET, 8TH FLOOR
NEW YORK, NY 10007
212-537-6859
FAX NO. 845-510-2219

E-mail: bg@glasskrakower.com

*Bryan D. Glass*
Partner

January 26, 2018

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-26-2018
```

*Via ECF*
Honorable Denise Cote
United States District Judge
Southern District of New York
500 Peal Street
New York, NY 10007

Re: Coyne v. New York City Department of Education, et al.
17 Civ. 8607 (DLC)

Dear Judge Cote:

    I am a Partner in the office of Glass Krakower LLP, attorney for the Plaintiff, Edward Coyne in the above-referenced action. The purpose of this letter is to provide Your Honor with a status update following Plaintiff's last submitted letter. The parties are close to a final resolution; Defendant sent Plaintiff a proposed settlement agreement and Plaintiff is currently in the process of reviewing. Thank you for your consideration.

Respectfully submitted,

/s: *Bryan D. Glass*
BRYAN D. GLASS

Status letter is due 2/2/18.

*Denise Cote*
1/26/18



1